IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>JASPER DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 07-PWG-2194-J |
| | ) |
| ONE (1) HIGH POINT 9 MM PISTOL, | ) |
| MODEL C9, SERIAL NUMBER P1337044, | ) |
| WITH AMMUNITION, | ) |
| | ) |
| Defendant. | ) |

<u>FINAL JUDGMENT</u>

On July 9, 2008 the magistrate judge's findings and recommendation was entered in which the magistrate judge recommended that the motion of the United States be granted and judgment in default entered authorizing the forfeiture of the subject firearm and ammunition to the United States. The parties were allowed until July 24, 2008 in which to file written objections. No objections have been filed.

Upon review of the magistrate judge's findings and recommendation, the court ADOPTS the findings of the magistrate judge and ACCEPTS his recommendation. It is ORDERED that the Motion for Default Judgment of Forfeiture is GRANTED. Default judgment is entered in favor of plaintiff United States of America thereby authorizing the forfeiture of One (1) High Point 9 mm pistol, Model C9, serial number P1337044, with ammunition.

The clerk is directed to close this action.

As to the foregoing it is SO ORDERED this the 31st day of July, 2008.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE